**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-1097**

───────────────

MICHAEL PRICE,

                              Plaintiff - Appellant,

        versus

MARVIN RUNYON,

                              Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge.
(CA-96-2189-JFM)

───────────────

Submitted:  April 13, 2000        Decided:  April 20, 2000

───────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Michael Price, Appellant Pro Se. Lynne Ann Battaglia, United States
Attorney, Allen F. Loucks, OFFICE OF THE UNITED STATES ATTORNEY,
Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Price seeks to appeal the district court's order granting summary judgment to the appellee on Price's employment discrimination claim. We dismiss the appeal for lack of jurisdiction because Price's notice of appeal was not timely filed.

When an officer or agency of the United States is a party, parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on January 22, 1999. Price's notice of appeal was filed on January 14, 2000. Because Price failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2